IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANNY L. KROEGER, RICKIE MANNERS, GREGORY D. GROVES, JOHN W. LONGO, CLIFTON E. PERRY, CARL C. HOLLIS, DARRELL F. JOHNSON, MAX E. MANNING, DONALD GROVES, and ADOLF G. REINHARDT<br><br>Plaintiffs,<br><br>v.<br><br>CLARKSVILLE HEALTH SYSTEM, G.P. d/b/a GATEWAY MEDICAL CENTER; CLARKSVILLE HOLDINGS, LLC; GATEWAY MEDICAL CENTER; HSS, INC.; and HOSPITAL SHARED SERVICES, INC;<br><br>Defendants. | No. 3:13-cv-00500<br>No. 3:13-cv-00729<br>CHIEF JUDGE HAYNES<br>JURY DEMANDED |

MOTION TO ASCERTAIN STATUS

*[Handwritten order:]* ORDER. This motion is GRANTED. Both actions listed above are REFERRED for a settlement conference to be conducted by Judge Griffin. [signature] 10-28-13

Defendant Clarksville Health System, G.P. d/b/a Gateway Medical Center ("Defendant Gateway"), pursuant to Local Rule 7.01(c), respectfully files this Motion to Ascertain Status.

On July 15, 2013, the parties, by and through counsel, in Case No. 3:13-cv-00500, appeared before the Court for an Initial Case Management Conference. During this conference, the parties requested that the matter be referred to Magistrate Judge Griffin for a settlement conference. The Court agreed to refer the case to Magistrate Judge Griffin for a judicial settlement conference, directed the parties to prepare an order stating as such, and directed the parties to submit a report to the Court within 15 days of the settlement conference taking place. (ECF No. 17.)

7/3254022.1
020304-301518

Case 3:13-cv-00500  Document 20  Filed 10/23/13  Page 1 of 4 PageID #: 113
Case 3:13-cv-00500  Document 22  Filed 10/25/13  Page 1 of 1 PageID #: 120