IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANNY L. KROEGER, RICKIE MANNERS, GREGORY D. GROVES, JOHN W. LONGO, CLIFTON E. PERRY, CARL C. HOLLIS, DARRELL F. JOHNSON, MAX E. MANNING, DONALD GROVES, and ADOLF G. REINHARDT<br><br>Plaintiffs,<br><br>v.<br><br>CLARKSVILLE HEALTH SYSTEM, G.P. d/b/a GATEWAY MEDICAL CENTER; CLARKSVILLE HOLDINGS, LLC; GATEWAY MEDICAL CENTER; HSS, INC.; and HOSPITAL SHARED SERVICES, INC;<br><br>Defendants. | No. 3:13-cv-00500<br>No. 3:13-cv-00729<br>CHIEF JUDGE HAYNES<br>JURY DEMANDED |

MOTION TO ASCERTAIN STATUS

[Handwritten annotation: GRANTED. This motion is granted. Both actions listed above are referred for a settlement conference by Judge Griffin. /s/ 10-28-13]

Defendant Clarksville Health System, G.P. d/b/a Gateway Medical Center ("Defendant Gateway"), pursuant to Local Rule 7.01(c), respectfully files this Motion to Ascertain Status.

On July 15, 2013, the parties, by and through counsel, in Case No. 3:13-cv-00500, appeared before the Court for an Initial Case Management Conference. During this conference, the parties requested that the matter be referred to Magistrate Judge Griffin for a settlement conference. The Court agreed to refer the case to Magistrate Judge Griffin for a judicial settlement conference, directed the parties to prepare an order stating as such, and directed the parties to submit a report to the Court within 15 days of the settlement conference taking place. (ECF No. 17.)