IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DANNY L. KROEGER; RICKIE )
MANNERS; GREGORY D. GROVES; )
JOHN W. LONGO; CLIFTON E. )
PERRY; CARL C. HOLLIS; DARRELL ) No. 3-13-0500
F. JOHNSON; MAX E. MANNING; and )
ADOLF G. REINHARDT ) Consolidated with No. 3-13-0729
)
v. )
)
CLARKSVILLE HEALTH SYSTEM, )
G.P. d/b/a Gateway Medical Center; )
CLARKSVILLE HOLDINGS, LLC; )
GATEWAY MEDICAL CENTER; HSS, )
INC.; and HOSPITAL SHARED )
SERVICES, INC. )

O R D E R

By order entered October 23, 2013 (Docket Entry No. 21), this case was referred to the undersigned Magistrate Judge to conduct a settlement conference. By order entered October 28, 2013 (Docket Entry No. 23), a settlement conference was held on December 19, 2013, at which time plaintiffs Rickie Manners and Adolf G. Reinhardt reached a resolution of their claims against defendants HSS, Inc. and Hospital Shared Services, Inc.,[1] but no resolution of any of the plaintiffs' claims against defendant Gateway Medical Center was reached.

Further telephone conference calls with counsel for the parties and the Court were held on January 3, 2014, and January 22, 2014, see orders entered January 6, 2014 (Docket Entry No. 26), and January 22, 2014 (Docket Entry No. 29), to address any remaining potential for settlement. Pursuant to the January 22, 2014, order, counsel for the parties also called the Court on February 6, 2014, at which time they reported that they did not believe that there is any potential for settlement at this juncture in this case.

---

[1] An agreed order dismissing the claims of plaintiffs Manners and Reinhardt against defendant HSS was entered on January 16, 2014 (Docket Entry No. 28).

As a result, the Clerk is directed to return the file in this case to the Honorable William J. Haynes, Jr., Chief Judge.

Unless otherwise directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

2