# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

DANNY L. KROEGER, et al.,                  )
                                           )
      Plaintiffs,                        )
                                           )
                                           )    No. 3:13-00500
                                           )    No. 3:13-cv-00729 (consolidated)
v.                                         )    Senior Judge Haynes
                                           )
CLARKSVILLE HEALTH SYSTEM, G.P.,           )
d/b/a GATEWAY MEDICAL CENTER,              )
et al.,                                    )
                                           )
      Defendants.                        )

## O R D E R

Upon a review of the record, as all Plaintiffs' claims having been resolved, this action is

**CLOSED.** All pending motions are **DENIED as moot**.

This is the Final Order in this action.

It is so **ORDERED**

**ENTERED** this the ___16th___ day of July, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge