UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **DANNY L. KROEGER,** ET AL ) | |
| ) | |
| v.  ) | NO. 3:13-0500 |
| ) | JUDGE HAYNES |
| **CLARKSVILLE HEALTH SYSTEM, G.P.**, ) ET AL ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/16/2015.

    KEITH THROCKMORTON, CLERK
    s/Elaine J. Hawkins, Deputy Clerk